## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DARREN FRANKLIN GALLOWAY,

          Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

19 **CIVIL** 3400 (PAE)(JLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       December 23, 2019

                          **RUBY J. KRAJICK**

                          **Clerk of Court**

**BY:**

                          **Deputy Clerk**